**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

CARRIE HOWARD-JOHNSON                                    PLAINTIFF

v.                      CASE NO. 2:18-CV-2181

ANDREW M. SAUL, Commissioner,
Social Security Administration                                 DEFENDANT

## **JUDGMENT**

      Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

      IT IS SO ADJUDGED this January 8, 2020.


                                             /s/ P. K. Holmes III
                                             P. K. HOLMES III
                                             U.S. DISTRICT JUDGE